UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT O. ALLEN, | |
| Petitioner | Case No. CV 14-5492-R (GJS) |
| v. | **JUDGMENT** |
| CAPTAIN DYER, L.A.S.D., | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: August 10, 2015

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE